JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAUL URIARTE-LIMON, | Case No. ED CV 20-0570 FMO (SPx) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| NICOLAS G. CANO, et al., | |
| Defendants. | |

Pursuant to the Court's Order Dismissing Action Without Prejudice, IT IS ADJUDGED THAT the above-captioned action is dismissed without prejudice.

Dated this 13th day of November, 2020.

/s/
Fernando M. Olguin
United States District Judge